*C. Malcolm Dowsey* for appellant.
*Herman Block* for respondents.

Motions to withdraw appeals taken as of right granted.

CATHERINE FEARON, Appellant, *v.* CHARLES TREANOR, Respondent.

Submitted March 22, 1937; decided March 25, 1937.